1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  ANDREW M. SCOBLE (CABN 124940)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (415) 436-7249
   Andrew.Scoble@usdoj.gov

8  Attorneys for United States of America

**FILED**

Aug 29 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

9                  UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12

13 APPLICATION FOR ARREST WARRANT       ) NO.: 3:25-mj-71082 MAG
   AND COMPLAINT UNDER 8 U.S.C. § 1326  )
14 IN THE MATTER OF:                    ) SEALING ORDER
                                        )
15           UNITED STATES              ) **UNDER SEAL**
                                        )
16                v.                    )
                                        )
17 JOSE ALBERTO PANAMENO-CISNEROS,      )
               a/k/a                    )
18 Jose Cisneros, Jose Alberto Cisneros, Jose )
   Hernandez, Jose Panameno, Jose Cisneros-  )
19           Reyes                      )

20

21     Upon motion of the United States and good cause having been shown, IT IS HEREBY

22 ORDERED that the government's application for a sealing order, the sealing order, complaint, arrest

23 warrant, and all attachments in the above-referenced case, shall be filed under seal until further order of

24 the Court.

25     The Clerk of Court shall provide copies of the sealed documents to employees of the United

26 States Attorney's Office.

27     The United States Attorney's Office, United States Marshals Service, and/or U.S. Immigration

28 and Customs Enforcement, is permitted to share these documents as necessary to comply with discovery

ORDER SEALING                                1

obligations and as necessary with other law enforcement and intelligence agencies, including state and local law enforcement agencies, for use in the investigation, apprehension, arrest, housing and prosecution of JOSE ALBERTO PANAMENO-CISNEROS.

IT IS FURTHER ORDERED that the arrest warrant is hereby unsealed after it has been executed.

IT IS SO ORDERED.

DATED: August 29, 2025

*[signature]*

HONORABLE SALLIE KIM
United States Magistrate Judge