| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | SAMANTHA JAFFE<br>Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106<br>450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-7700 |
| 6 | Facsimile: (415) 436-7706<br>Email: Samantha_jaffe@fd.org |
| 7 | |
| 8 | Counsel for Defendant Cisneros-Panameno |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALBERTO CISNEROS-PANAMENO,<br><br>Defendant. | Case No.: MJ 25-71082 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS RE: BAIL AND PRELIMINARY HEARING AND ARRAIGNMENT TO NOVEMBER 4, 2025 FOR ARRAIGNMENT AND STATUS RE: BAIL** |

The above captioned matter is scheduled for a status conference regarding preliminary hearing and arraignment, as well as a status regarding bail conditions, before this Court on October 28, 2025. The parties respectfully request this Court continue the status to Tuesday, November 4, 2025, at 10:00 a.m. to allow the indictment to be filed, and set it for status regarding bail conditions and arraignment on that date. This will allow both matters to be handled at the same hearing. The parties conferred with the assigned courtroom deputy regarding the date and availability in advance of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER
MJ 25-70022 MAG

The parties also agree that time should be excluded from October 28, 2025 to November 4, 2025, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate to extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

| October 24, 2025 | CRAIG H. MISSAKIAN |
| Dated | United States Attorney |
|  | Northern District of California |

_____/S_____
JEFFREY BORNSTEIN
Assistant United States Attorney

| October 24, 2025 | JODI LINKER |
| Dated | Federal Public Defender |
|  | Northern District of California |

_____/S_____
SAMANTHA JAFFE
Assistant Federal Public Defender

IT IS SO ORDERED.

October 27, 2025
Dated

HONORABLE ALEX G. TSE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
MJ 25-70022 MAG